UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-286-RJC

| | |
|---|---|
| **RONNIE SYLVIA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **RICHARD NEELY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion.

Plaintiff filed a complaint in this district pursuant to 42 U.S.C. § 1983 while he was a prisoner of the State of North Carolina. Plaintiff was released from the North Carolina Department of Corrections in November 2012, but he has failed to provide this Court with a new address. The Court entered an Amended Order on September 10, 2014, providing Plaintiff with 14-days to provide his current address and warned that his complaint would be dismissed without further notice if he failed to comply. The Clerk mailed a copy of this order to Plaintiff's last known address that same day. (Doc. No. 9). The 14-day time period has now elapsed and Plaintiff has failed to comply with the Court's order and his complaint will therefore be dismissed for failure to prosecute.

**IT IS, THEREFORE, ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to prosecute. (Doc. No. 1).

The Clerk is directed to close this civil case.

**IT IS SO ORDERED.**

Signed: September 29, 2014

Robert J. Conrad, Jr.